UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRIDGET C.,<br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br>          Defendant. | No. 3:20-CV-1740 (SRU)(SDV) |

# ORDER

On review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), and in consideration of the fact that no objections were filed and the time in which to do so has passed, the recommended ruling granting plaintiff's Motion for Judgment on the Pleadings (doc. # 21) and denying defendant's Motion for an Order Affirming the Decision of the Commissioner (doc. #29) is APPROVED and ADOPTED in its entirety.  The case is remanded for further proceedings consistent with the recommended ruling (doc. #33).

The clerk is instructed to close the file.

So ordered.

Dated at Bridgeport, Connecticut, this 2nd day of March 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge

---

[1] On or about July 9, 2021, Kilolo Kijakazi became the acting Commissioner of the Social Security Administration and is substituted for Andrew Saul as defendant in this action. See Fed. R. Civ. Proc. 25(d)(1).  The Clerk of the Court is directed to update the docket accordingly.